**Order entered June 25, 2019**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00982-CV

### JOHN H. GEORGE, Appellant

### V.

### MARIA GUADALUPE GEORGE, Appellee

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-11713**

## ORDER

Before the Court is appellant's June 21, 2019 motion seeking an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **Monday, August 5, 2019**. We caution appellant that further extension requests will be disfavored.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE